# United States District Court
# Western District of North Carolina
# Bryson City Division

| | | |
|---|---|---|
| Agatha B. Guy, o/b/o Clint Avery Holcombe | ) ) ) | JUDGMENT IN CASE |
| Plaintiff, | ) ) | 2:14-cv-00046-FDW |
| vs. | ) ) | |
| Carolyn W. Colvin, Acting Commissioner of Social Security | ) ) ) ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 12, 2015 Order.

November 12, 2015

Frank G. Johns, Clerk
United States District Court